# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | 5:08-cv-01795-MJG-AGRx |
| Title: | Optimal Pets, Inc., v. Nutri-Vet LLC, et al., |
| Date | July 6, 2011 |

Present: The Honorable   Marvin J. Garbis, United States District Judge

| Chris Silva | Katie Thibodeaux |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Colin C. Holley and George Leo Hampton, IV | Barry Gold and Bruce Isaacs |

\_\_\_ Day Court Trial    1st Day Jury Trial

\_\_\_ One day trial:   X Begun (1st day);   X Held & Continued;   \_\_\_ Completed by jury verdict/submitted to court.

X  The Jury is impaneled and sworn.
X  Opening statements made by   Plaintiff and Defendants
X  Witnesses called, sworn and testified.   X Exhibits Identified   X Exhibits admitted.
\_  Plaintiff(s) rest.   \_ Defendant(s) rest.
\_  Closing arguments made by   \_ plaintiff(s)   \_ defendant(s).   \_ Court instructs jury.
\_  Bailiff(s) sworn.   \_ Jury retires to deliberate.   \_ Jury resumes deliberations.
\_  Jury Verdict in favor of   \_ plaintiff(s)   \_ defendant(s) is read and filed.
\_  Jury polled.   \_ Polling waived.
\_  Filed Witness & Exhibit Lists   \_ Filed jury notes.   \_ Filed jury instructions.
\_  Judgment by Court for \_\_\_\_\_   \_ plaintiff(s)   \_ defendant(s).
\_  Findings, Conclusions of Law & Judgment to be prepared by   \_ plaintiff(s)   \_ defendant(s).
\_  Case submitted.   \_ Briefs to be filed by \_\_\_\_\_
\_  Motion to dismiss by \_\_\_\_\_ is   \_ granted.   \_ denied.   \_ submitted.
\_  Motion for mistrial by \_\_\_\_\_ is   \_ granted.   \_ denied.   \_ submitted.
\_  Motion for Judgment/Directed Verdict by \_\_\_\_\_ is   \_ granted.   \_ denied.   \_ submitted.
\_  Settlement reached and placed on the record.
\_  Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
\_  Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
\_  Trial subpoenaed documents returned to subpoenaing party.
X  Case continued to   Thursday, July 7, 2011 at 8:30 a.m.   for further trial/further jury deliberation.
\_  Other:

4 : 53

Initials of Deputy Clerk   CSI

cc: