```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE CENTRAL DISTRICT OF CALIFORNIA
                      EASTERN DIVISION

OPTIMAL PETS, INC.              *

         Plaintiff              *

     vs.                        *   EDCV-08-1795 MJG

NUTRI-VET, LLC, et al.          *

         Defendants             *

*    *    *    *    *    *    *    *    *    *
```

## JUDGMENT

This action came on for trial before the Court and a jury, Honorable Marvin J. Garbis, United States District Judge, presiding. After the presentation of evidence, argument, and the Court's charge to the jury, a Special Verdict Form was submitted to the jury for their consideration and a verdict was duly rendered.  The Court has, this date, granted Judgment as a Matter of Law to Defendants.

   Accordingly:

   1.  Judgment shall be, and hereby is, entered in favor of Defendants Nutri-Vet, LLC and Vitamin Shoppe Industries, Inc. against Plaintiff Optimal Pets, Inc. dismissing all claims with prejudice etc. with costs.

   2.  Any and all prior rulings disposing of any claims against any parties are incorporated by reference herein.

3.   This Order shall be deemed to be a final judgment within the meaning of Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, on Friday, June 29, 2012.


/s/
Marvin J. Garbis
United States District Judge